```
FRANK BELL, SBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
(650)365-8300

Attorney for Defendant
WILLIAM ERIC BERRY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>    v.<br><br>WILLIAM ERIC BERRY,<br><br>        Defendant.<br>_____/ | No. CR 09-00733 WHA<br><br>STIPULATION TO AMEND CONDITIONS OF RELEASE TO ENLARGE AREA OF BUSINESS TRAVEL AND RE CURFEW AND **[PROPOSED]** ORDER |

Comes now defendant, WILLIAM ERIC BERRY, by and through his counsel, Frank Bell, and Asst. United States Attorney Kyle Waldinger, and files this Stipulation to Amend the Conditions of Release.

Whereas, at the present time Defendant's travels are confined to the Northern District of California;

Whereas, since his return to his employment Defendant anticipates business travel to as far South as Santa Maria on the Coast and Visalia in the Central Valley, as far North

BERRY STIPULATION FOR MOD OF TRAVEL AN D CURFEW AND ORDER          1

1 as Redding and as far East as Truckee and Lake Tahoe.

2 Whereas, on some occasions, such as an upcoming trip to
3 Concord for an evening business meeting, the meeting could
4 run as late as 8:00 p.m, which would make his return to home
5 by 9:00 p.m. difficult if not impossible.

6 Whereas, Anthony Granados (408) 535-5223, Defendant's
7 Pretrial Services Officer, does not object to a modification
8 of defendant's conditions to permit said travel for business
9 purposes or the change in the curfew and he suggested the
10 language in this stipulation.

11 IT IS HEREBY STIPULATED THAT, with prior permission of
12 Pretrial Services for each individual occasion, Defendant's
13 business travel be enlarged to the entire State of
14 California and that Defendant may get home at a time past
15 his 9:00 pm curfew.

Dated: August 25, 2009

_____/S/_____
FRANK BELL
Attorney for Defendant
WILLIAM ERIC BERRY

Dated: August 25, 2009

_____/S/_____
KYLE WALDINGER
Asst. U.S. Attorney

Good Cause appearing;

IT IS SO ORDERED:

Dated:   August 27, 2009



BERRY STIPULATION FOR MOD OF TRAVEL AND C... 2