JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 09-0733 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| WILLIAM ERIC BERRY, | ) | |
| Defendant. | ) | |

    On July 31, 2009, the parties in this case appeared before the Court for a detention hearing. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 31, 2009, through September 1, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0733 WHA

1 | interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2 | SO STIPULATED:

3 |                                          JOSEPH P. RUSSONIELLO
                                             United States Attorney

5 | DATED: August 11, 2009                   /s/
                                             _____
6 |                                          OWEN P. MARTIKAN
                                             Assistant United States Attorney

8 | DATED: August 11, 2009                   /s/
                                             _____
                                             FRANK BELL
9 |                                          Attorney for William Berry

11 |                           **[PROPOSED] ORDER**

12 | As the Court found on July 31, 2009, and for the reasons stated above, an exclusion of time from July 31, 2009, through September 1, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

20 | SO ORDERED.

22 | DATED: August 27, 2009
23 |                                          HON. EDWARD
                                             United...

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0733 WHA