UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0733 WHA |
| Plaintiff, | [~~PROPOSED~~] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| WILLIAM ERIC BERRY, | |
| Defendant. | |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea agreement on November 30 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a Western Digital hard drive bearing serial number WCAL92439569;

b.   a Seagate hard drive bearing serial number 3FG15TRD;

c.   an IOgear hard drive bearing serial number 35 USD110803;

d.   an Emachines desktop computer bearing serial number QA31A K00 12813;

e.   an HP Pavilion desktop computer bearing serial number CNH7112M6L;

f.   San disk digital data card; and

g.   CD-ROMs containing child pornography images.

///

1    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall
2 seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website
3 for at least thirty days, notice of this Order, notice of the government's intent to dispose of the
4 property in such manner as the Attorney General may direct and provide notice that any person,
5 other than the defendant, having or claiming a legal interest in the property must file a petition
6 with the Court and serve a copy on government counsel within thirty (30) days of the final
7 publication of notice or of receipt of actual notice, whichever is earlier.
8    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
9 Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the
10 time of his sentencing on March 23, 2010 and as such, was made part of the sentence and
11 included in the judgment dated March 25, 2010.
12    IT IS SO ORDERED this 13th day of September  2010.



WILLIAM H. ALSUP
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                    2
CR 09-00733 WHA