UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0733 WHA |
| Plaintiff, ) | ~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE |
| v. ) | |
| WILLIAM ERIC BERRY, ) | |
| Defendant. ) | |

On August 13, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting the all right, title, and interest in the following property:

    a.    a Western Digital hard drive bearing serial number WCAL92439569;

    b.    a Seagate hard drive bearing serial number 3FG15TRD;

    c.    an IOgear hard drive bearing serial number 35 USD110803;

    d.    an Emachines desktop computer bearing serial number QA31A K00 12813;

    e.    an HP Pavilion desktop computer bearing serial number CNH7112M6L;

    f.    San disk digital data card; and

    g.    CD-ROMs containing child pornography images.

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: January 21, 2011.



WILLIAM H. ALSUP
United States District Judge