**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM BERRY,

    Defendant.

———————————————————/

No. CR 09-00733 WHA

**REQUEST FOR PROBATION AND GOVERNMENT RESPONSE**

    Defendant William Berry has submitted a letter, *pro se*, requesting a modification to the conditions of his supervised release. Probation and the government are requested to respond by **NOON ON JULY 11, 2015.**

Dated: June 29, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE