**United States District Court**
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,

11                 Plaintiff,                          No. CR 09-00733 WHA

12         v.

13   WILLIAM BERRY,                                    **ORDER MODIFYING
                                                       DEFENDANT'S SPECIAL**
14                 Defendant.                          **CONDITION NO. 17**

15   _____/

16         Defendant William Berry filed a motion, *pro se*, to modify the conditions of supervised

17   release.  Special Condition No. 17 of those conditions shall be modified to read as follows:  "The

18   defendant may only use computers or other electronic devices that are in his custody or control

19   and that are subject to the monitoring conditions of Special Condition No. 6.  The defendant

20   shall immediately report any changes at his place of employment in regard to his internet access

21   and computer use, including but not limited to, his internet email."

22

23         **IT IS SO ORDERED.**

24

25   Dated: July 14, 2015.

26                                                 _____
                                                   WILLIAM ALSUP
27                                                 UNITED STATES DISTRICT JUDGE

28